NINTH NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* MORRIS MOSES et al., as Receivers of LESSER BROTHERS et al., Defendants.

ERNEST WERNER, as Surviving Partner of JOSEPH & WERNER, Respondent.

*Ninth Nat. Bank, New York City,* v. *Moses,* 139 App. Div. 906, affirmed. (Argued September 27, 1910; decided October 11, 1910.)

·APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1910, which affirmed an order of Special Term determining the priority of lien of various judgment creditors of Lesser Brothers.

*Otto C. Wierum, Jr.,* and *Nelson S. Spencer* for appellant.

*Stanleigh P. Friedman, Daniel P. Hays* and *Edwin D. Hays* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.